IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CARPENTERS PENSION TRUST FUND
OF KANSAS CITY, et al.,

   *Plaintiffs,*

vs.

DRYWALL, INC., et al.,

   *Defendants.*

Case No. 21-2172-EFM-GEB

**ORDER**

On May 27, 2021, the Court entered default judgment against Drywall and ordered it to submit to a payroll examination covering the period January 22, 2020, to May 27, 2021. Neither Drywall nor its President, Robert Knoblach, responded to the Court's Order or made its books and records available. On October 21, 2021, the Court found Drywall and Knoblauch in civil contempt for their noncompliance and as a result, ordered Drywall to pay Plaintiffs their reasonable expenses, including attorneys' fees, caused by Drywall's noncompliance. To date, Drywall and Knoblauch have not complied with the Court's May 27, 2021 Order, and Drywall has not paid Plaintiffs any of the Court awarded attorneys' fees.

Plaintiffs now move to enforce the civil contempt this Court has entered against Drywall and Knoblauch and ask the Court to (1) enter an arrest Order directing the United State Marshals for the District of Kansas to arrest Robert Knoblauch and bring him before the Court; and (2) enter

an Order for the imposition of the monetary sanctions in the amount of $250 per day for each day Drywall and Knoblauch fail to comply with the May 27, 2021 Order.

After reviewing the record and evidence on file, the Court finds that Drywall and Knoblauch continue to be in contempt of this Court's May 27, 2021 Order. The Court therefore orders Knoblauch to comply with the Court's May 27, 2021 Order and produce Drywall's books and records for the period of January 22, 2020 to May 27, 2021 to Plaintiffs within 21 days of the date of this Order. If Knoblauch fails to produce these documents, the Court will issue a bench warrant calling for the United States Marshal to apprehend Robert Knoblauch and hold him in custody until such time as he purges himself and Drywall of civil contempt.[1]

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Enforce Civil Contempt Order (Doc. 44) is **GRANTED** to the extent set forth in this Order.

**IT IS FURTHER ORDERED** that Robert Knoblauch must comply with the Court's May 27, 2021 Order within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that if Knoblauch does not comply with the Court's May 27, 2021 Order within 21 days of the date of this Order, the Court will issue a bench warrant for his arrest and prompt appearance before this Court.

**IT IS SO ORDERED**.

Dated this 29th day of March, 2022.

ERIC F. MELGREN
CHIEF U.S. DISTRICT JUDGE

---

[1] The Court declines to impose a per diem fine on the basis that it would not sufficiently compel Drywall's or Knoblauch's compliance with the Court's May 27, 2021 Order.